No. 77–257.   BERGEN *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 77–300.   KANANEN *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 8th Cir.   Certiorari denied.

No. 77–310.   SMITH, TREASURER OF ILLINOIS, ET AL. *v.* SNOW ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 77–313.   MASON ET AL. *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 77–363.   CITY OF MIAMI BEACH *v.* JACOBS, DBA PARK APARTMENT HOTEL, ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 77–385.   DAVIS *v.* DAVIS.   Ct. App. Md.   Certiorari denied.

No. 77–386.   FLANNIGAN *v.* BAILAR, POSTMASTER GENERAL OF THE UNITED STATES, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 77–394.   MANSON, CORRECTIONS COMMISSIONER *v.* MOYNAHAN.   C. A. 2d Cir.   Certiorari denied.

No. 77–398.   FORTUNA CORP. *v.* WILKERSON.   C. A. 5th Cir.   Certiorari denied.

No. 77–402.   FERGUSON *v.* BOARD OF TRUSTEES OF BONNER COUNTY SCHOOL DISTRICT No. 82 ET AL.   Sup. Ct. Idaho.   Certiorari denied.

No. 77–407.   DIAZ *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.